■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD S., Respondent, v ERDOGAN TEKBEN, Appellant. [631 NYS2d 524] —In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Orange County (Sherwood, J.), dated March 2, 1994, which directed the transfer of the petitioner, pursuant to CPL 330.20 (11), from a secure facility to a nonsecure facility.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Sherwood at the Supreme Court. Copertino, J. P., Santucci, Altman and Friedmann, JJ., concur.